Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 17, 2017
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle,WA 98101
Response Date: May 10, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TOM S HYDE,

    Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-12003

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's Motion to Dismiss Case IS SET FOR HEARING as follows:

    Judge: Timothy W. Dore
    Place: U.S. Bankruptcy Court
           700 Stewart St #8106
           Seattle,WA 98101

    Date: May 17, 2017
    Time:   9:30 am

IF YOU OPPOSE the motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is May 10, 2017.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: April 03, 2017

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Trustee

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

CM160 jwa

Case 14-12003-TWD    Doc 42    Filed 04/03/17    Ent. 04/03/17 07:59:43    Pg. 1 of 3

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 17, 2017
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: May 10, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TOM S HYDE,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-12003

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The debtor filed a plan on August 13, 2014 (ECF No. 20).

The debtor's confirmed plan provides for monthly plan payments of $1,040.00 (ECF No. 20). Through March 2017, the debtor is $9,130.00 delinquent on his plan payments with another $1,400.00 plan payment due in April 2017. The Trustee has not received a plan payment from the debtor since January 30, 2017. The debtor's case should be dismissed for material default with respect to his confirmed plan. 11 USC § 1307(c).

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: April 03, 2017

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

CM160
jwa

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TOM S HYDE,<br><br>                Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 14-12003<br><br>*Proposed*<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

CM160
jwa

Case 14-12003-TWD    Doc 42    Filed 04/03/17    Ent. 04/03/17 07:59:43    Pg. 3 of 3